484 A.2d 275
**Brodia Lee BASS, Jr.**

v.

**Raquel ROHR.**

**No. 56, Sept. Term, 1984.**

Court of Appeals of Maryland.

Dec. 5, 1984.

Leonard Z. Bulman, Annapolis, for appellant.

Michael P. Darrow, Annapolis, for appellee.

Argued before MURPHY, C.J., SMITH, ELDRIDGE, COLE, RODOWSKY and COUCH, JJ., and EDWARD D. HIGINBOTHOM, Associate Judge of the Third Judicial Circuit (retired), Specially Assigned.

PER CURIAM.

### ORDER

The petition for writ of certiorari in the above entitled case having been granted, 300 Md. 88, 475 A.2d 1200, and heard, it is this 5th day of December, 1984

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed petition having been improvidently granted, each party to pay his/her own costs.